**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter   11

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Walker Area Community Center, Inc. | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 41-2007348 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 105 Tower Avenue East<br>Walker, MN 56484<br>Number, Street, City, State & ZIP Code | PO Box 327<br>Walker, MN 56484<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Cass<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.walkerareacommunitycenter.com/ |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Walker Area Community Center, Inc.                              Case number (*if known*) _____
         Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    7997

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    Walker Area Community Center, Inc.                                           Case number (*if known*) _____
         Name _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor  Walker Area Community Center, Inc.                                    Case number (*if known*)
Name

- ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | Walker Area Community Center, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      May  2, 2025
                 MM / DD / YYYY

X /s/ Robert I. Burns Jr.                                Robert I. Burns Jr.
   Signature of authorized representative of debtor         Printed name

Title    Chief Restructuring Officer

**18. Signature of attorney**

X /s/ Steven R. Kinsella                    Date    May  2, 2025
   Signature of attorney for debtor                  MM / DD / YYYY

Steven R. Kinsella 392289
Printed name

Fredrikson & Byron, P.A.
Firm name

60 South 6th Street, Suite 1500
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone   612.492.7000       Email address   skinsella@fredlaw.com

392289 MN
Bar number and State

**Fill in this information to identify the case:**

Debtor name   Walker Area Community Center, Inc.

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 2, 2025            **X** /s/ Robert I. Burns Jr.
                                    Signature of individual signing on behalf of debtor

                                    Robert I. Burns Jr.
                                    Printed name

                                    Chief Restructuring Officer
                                    Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Walker Area Community Center, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

**Fill in this information to identify the case:**

Debtor name     Walker Area Community Center, Inc.

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

      1a. **Real property:**
          Copy line 88 from *Schedule A/B*.......................................................................................... $    1,250,000.00

      1b. **Total personal property:**
          Copy line 91A from *Schedule A/B*...................................................................................... $      159,049.25

      1c. **Total of all property:**
          Copy line 92 from *Schedule A/B*........................................................................................ $    1,409,049.25

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $    1,956,152.73

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

      3a. **Total claim amounts of priority unsecured claims:**
          Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $         0.00

      3b. **Total amount of claims of nonpriority amount of unsecured claims:**
          Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................... +$         0.00

4.   Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b

$    1,956,152.73

**Fill in this information to identify the case:**

Debtor name   Walker Area Community Center, Inc.

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $200.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First National Bank North | Business Checking - Repair and maintence expenses of facility | 9756 | $9,332.00 |
| 3.2. | First National Bank North | Business Checking - Revenue and expenses of fund raising annual golf tournament | 9582 | $2,605.00 |
| 3.3. | First National Bank North | Business/Non-Pers - Revenue and expenses of operating expenses | 0654 | $22,929.00 |
| 3.4. | First National Bank North | Business Checking - Revenue and expenses related to fund raising raffle | 3595 | $44,906.00 |
| 3.5. | First National Bank North | Investor Savings | 6859 | $13,928.00 |

Debtor     Walker Area Community Center, Inc.                              Case number *(If known)* _____
            Name

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**                                                              | $93,900.00 |
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

         7.1.   Membership dues                                                            $19,657.82

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

                Insurer: West Bend
         8.1.   Agent:  First National Insurance Services                                  $17,337.91

9.       **Total of Part 2.**                                                              | $36,995.73 |
         Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes Fill in the information below.

11.      **Accounts receivable**

         11a. 90 days old or less:       9,165.00       -              0.00   = ....        $9,165.00
                                    face amount              doubtful or uncollectible accounts

         11a. 90 days old or less:       1,700.00       -              0.00   = ....        $1,700.00
                                    face amount              doubtful or uncollectible accounts

         11b. Over 90 days old:          8,215.76       -              0.00   =....         $8,215.76
                                    face amount              doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                              | $19,080.76 |
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    Walker Area Community Center, Inc.    Case number *(If known)* _____
          Name

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> 2 Desks - no value | $0.00 | Comparable sale | $0.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> Printer; copying machine; comptuer; 2 telephones; Quickbooks software | $822.44 | Comparable sale | $822.44 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** <br> Add lines 39 through 42.  Copy the total to line 86. | $822.44 |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    Walker Area Community Center, Inc.                           Case number *(If known)* _____
          Name

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

| | | | |
|---|---|---|---|
| Exercise equipment (over 15 years old) - no value | $0.00 | Comparable sale | $0.00 |
| Industrial dishwasher $8,107.99 and hardware supplies $142.33 | $0.00 | Comparable sale | $8,250.32 |

51.    **Total of Part 8.**                                                                    $8,250.32
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Debtor    Walker Area Community Center, Inc.                          Case number *(If known)*
          Name

55.1.    Property located at:
         105 Tower Ave  E,
         Walker MN 56484

         Light Industrial Building
         with a gym, exercise
         space, ice arena
         (seasonally), gym,
         locker rooms, Rotary
         meeting room with
         kitchen, Boys & Girls
         Club room, small
         library room, and two
         small offices

         Use: Community
         Center - Boys & Girls
         Club, Rotary meetings,
         boys & girls hockey
         leagues (seasonally),
         curling club
         (seasonally), year
         around basketball,
         pickleball, and exercise

         Appraisal as of
         November 18, 2024

         See Exhibit A - for
         Legal Description        Fee simple          $2,461,988.00      Comparable sale          $1,250,000.00

| | | |
|---|---|---|

56.    **Total of Part 9.**                                                          $1,250,000.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** www.walkerareacommunitycenter.com | $0.00 | | $0.00 |

62.    **Licenses, franchises, and royalties**

Debtor    Walker Area Community Center, Inc.    Case number *(If known)* _____
      Name

| | | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| | Membership List - approximately 600 names with contact information | $0.00 | $0.00 |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
    ☐ No
    ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  Walker Area Community Center, Inc.                                    Case number *(If known)* _____
        *Name*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $93,900.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $36,995.73 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $19,080.76 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $822.44 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,250.32 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $1,250,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $159,049.25 | + 91b. $1,250,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,409,049.25 |

*96 - 126 - 2216*

No delinquent taxes and transfer entered; Certificate of Real Estate Value

( ) filed ( ✓not required

*April 3_____, 2019*

SANDRA NORIKANE

Cass County MN Auditor-Treasurer

By *E. A.*_____

**A000648840**

OFFICE OF THE COUNTY RECORDER
CASS COUNTY, MINNESOTA
CERTIFIED, FILED, AND/OR
RECORDED ON
4/3/2019  1:49:02 PM
AS DOC #:   A000648840
PAGES:    2
REC FEES: 46.00
KATHRYN M. NORBY
CASS COUNTY RECORDER
BY KF_____Dep    TX#: 152732

Septic Disclosure

( ✓ Not Required  ( ) Received  ( ) Not Received

# WARRANTY DEED

### Individual to Non-Profit Corporation

STATE DEED TAX DUE HEREON: $ 214.50*

*Consideration paid and sales price on original Contract for Deed - $65,000.00

Date: ____12-24____, 2018.

**FOR VALUABLE CONSIDERATION,** JOHN P. TABAKA, a widower and
unremarried, Grantor, hereby conveys and warrants to WALKER AREA COMMUNITY
CENTER, INC., A Minnesota Non-Profit Corporation a/k/a WALKER COMMUNITY CENTER,
INC., Grantee, real property located in Cass County, Minnesota, and described as follows:

> That part of Government Lot One (1), Section Twenty-six (26), Township One
> Hundred Forty-two (142) North, Range Thirty-one (31) West, Cass County,
> Minnesota described as follows: Commencing at the Northwest corner of said
> Government Lot One (1); thence South 5 degrees 13 minutes 31 seconds West,
> assumed bearing along the west line thereof 534.44 feet; thence South 72 degrees
> 23 minutes 29 seconds East 35.83 feet to the east line of the West 35.00 feet of said
> Government Lot One (1); thence continue South 72 degrees 23 minutes 29 seconds
> East 490.87 feet to the point of beginning of the tract to be herein described; thence
> continue South 72 degrees 23 minutes 29 seconds East 61.78 feet; thence North 5
> degrees 13 minutes 31 seconds East 744.15 feet to the north line of said
> Government Lot One (1); thence South 86 degrees 57 minutes 33 seconds West
> along said north line 60.98 feet to the intersection with a line bearing North 5
> degrees 13 minutes 31 seconds East from the point of beginning; thence South 5
> degrees 13 minutes 31 seconds West 722.13 feet to the point of beginning.

THIS CONVEYANCE IS GIVEN BY GRANTOR AND ACCEPTED BY GRANTEE IN FULL
PERFORMANCE OF A CONTRACT FOR DEED ENTERED INTO BETWEEN JOHN P.
TABAKA AND MARALYN TABAKA, SELLER(S) AND WALKER COMMUNITY CENTER,
INC., PURCHASER, DATED MAY 1, 2007 AND FILED FOR RECORD IN THE OFFICE OF
THE CASS COUNTY RECORDER, WALKER, MINNESOTA ON MAY 30, 2007 AS
DOCUMENT NO. A000527005 AND PURSUANT TO AN AFFIDAVIT OF SURVIVORSHIP
AND CERTIFIED COPY OF DEATH CERTIFICATE TERMINATING THE INTEREST OF
MARALYN TABAKA, DECEDENT.

CASS COUNTY, MN # 287

Deed tax $ 214.50 ✓

Date 04/03/2019 By JK



1

THE WARRANTS AND COVENANTS OF GRANTORS CONTAINED HEREIN DO NOT
EXTEND TO LIENS OR ENCUMBRANCES CAUSED OR PERMITTED BY ANY PERSON
OTHER THAN THE GRANTORS OR THROUGH THE GRANTORS SINCE THAT DATE.

**Check One:**

\_\_\_\_  The undersigned Grantee hereby certifies that the Grantee does not know of any wells on the
described real property.

\_\_\_\_  A well disclosure certificate accompanies this document.

__X__  I am familiar with the property described in this instrument and I certify that the status and
number of wells on the described real property have not changed since the last previously filed
well disclosure certificate.

WALKER AREA COMMUNITY CENTER, INC.
By: _Colinistal, agent_

together with all hereditaments and appurtenances belonging thereto, subject to the following
exceptions: None except as hereinabove enumerated and except those incurred from and after May
1, 2007.

_John P. Tabaka_
JOHN P. TABAKA

STATE OF FLORIDA   )
                   (ss.
COUNTY OF _Collier_ )

The foregoing instrument was acknowledged before me this _24_ day of _December 2018_
2019 by _John P. Tabaka, a widower and unremarried_, Grantor.

(Notarial stamp or seal)

_Sharon Krohn_
NOTARY PUBLIC

THIS INSTRUMENT WAS DRAFTED BY:

John Benjamin Wangberg, Esq.

# FULLERWALLNER
ATTORNEYS AT LAW

<u>Location:</u> 514 America Avenue NW
Bemidji, MN  56601
<u>Mail:</u> P.O. Box 880, Bemidji, MN  56619-0880
<u>Telephone:</u>(218) 751-2221
<u>Facsimile:</u> (218) 751-2285
<u>Toll-free:</u> (800) 552-6881
<u>E-Mail:</u> wangberg@lawofficemn.com
<u>Website:</u> www.lawofficemn.com

SHARON R. KROHN
Notary Public - State of Florida
Commission # GG 194200
My Comm. Expires Mar 11, 2022

Tax statements for the real
property described in this
instrument should be sent to:

Walker Area Community Center, Inc.
P.O. Box 327
Walker, MN  56484

**THIS CONVEYANCE PREPARED WITHOUT BENEFIT OF TITLE EXAMINATION.**

| Fill in this information to identify the case: |
| --- |
| Debtor name    Walker Area Community Center, Inc. |
| United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** East Otter Tail Telephone Company, Arvig<br>Creditor's Name<br><br><br>150 2nd Street SW<br>Perham, MN 56573<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>March 27, 2008<br>**Last 4 digits of account number**<br>7242<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. East Otter Tail Telephone Company, Arvig<br>2. First National Bank North | **Describe debtor's property that is subject to a lien**<br>Property located at: 105 Tower Ave E, Walker MN 56484<br><br>Light Industrial Building with a gym, exercise space, ice arena (seasonally), gym, locker rooms, Rotary meeting room with kitchen, Boys & Girls Club room, small library room, and two<br><br>**Describe the lien**<br>Promissory Note<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78,952.08 | $1,250,000.00 |
| **2.2** First National Bank North<br>Creditor's Name<br><br><br><br>600 Minnesota Aveu W<br>Walker, MN 56484<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>Property located at: 105 Tower Ave E, Walker MN 56484<br><br>Light Industrial Building with a gym, exercise space, ice arena (seasonally), gym, locker rooms, Rotary meeting room with kitchen, Boys & Girls Club room, small library room, and two<br><br>**Describe the lien** | $1,387,304.65 | $1,250,000.00 |

Debtor    Walker Area Community Center, Inc.
_____    Case number *(if known)* _____
Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>January 3, 2007 | ■ No |
| **Last 4 digits of account number**<br>7201 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | U.S. Small Business Administration | Describe debtor's property that is subject to a lien | $489,896.00 | $63,759.25 |
|---|---|---|---|---|
|  | Creditor's Name | Debtor's Assets |  |  |

| | |
|---|---|
| 14925 Kingsport Road<br>Fort Worth, TX 76155 | |
| Creditor's mailing address | **Describe the lien**<br>Promissory Note |
|  | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>July 13, 2020 | ■ No |
| **Last 4 digits of account number**<br>8105 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $1,956,152.73 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| U.S. Small Business Administration<br>330 2nd Ave S #430<br>Minneapolis, MN 55401 | Line  2.3 | |
| U.S. Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | Line  2.3 | |

**Fill in this information to identify the case:**

Debtor name    Walker Area Community Center, Inc.

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address     As of the petition filing date, the claim is:     $0.00    $0.00

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2**   Priority creditor's name and mailing address     As of the petition filing date, the claim is:     $0.00    $0.00

Minnesota Department of Revenue
Collection Division
PO Box 64564
St. Paul, MN 55164-0564

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** _____

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | Walker Area Community Center, Inc. | Case number (if known) | |
|--------|--------|--------|--------|
| | Name | | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|----------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

Fill in this information to identify the case:

Debtor name    Walker Area Community Center, Inc.

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest — Annual renewal | |
| State the term remaining — Monthly | Amilia 1751 Rue Richardson #3 105, Montreal, Quebec H3K 1G5 Canada |
| List the contract number of any government contract | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest — Utility - rates/amount change | |
| State the term remaining — Monthly | Arvig Communications 150 2nd St SW, Perham Perham, MN 56573 |
| List the contract number of any government contract | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest — Annual auto renewal /w up to 5% increase each year | |
| State the term remaining — Monthly | Boys and Girls Club of Leech Lake 208 Central Ave PO Box 817 Cass Lake, MN 56633 |
| List the contract number of any government contract | |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest — 1 year - renewable | |
| State the term remaining — Annually | Leech Lake Area Chamber of Commerce PO Box 1089 Walker, MN 56484 |
| List the contract number of any government contract | |

Debtor 1   Walker Area Community Center, Inc.
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — 36 months | |
| State the term remaining — Monthly | Marco<br>802 Paul Bunyan Dr<br>SE Ste 10<br>Bemidji, MN 56601 |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — Utility - rates/amount change | |
| State the term remaining — Monthly | MN Power<br>30 W Superior St<br>Duluth, MN 55802 |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — 4 years naming rights, all concessions purchases must go through NEI/NLV | |
| State the term remaining — Annually | NEI Bottling + NLV Vending<br>730 Industrial Park Dr SE<br>Bemidji, MN 56601 |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — Utility - rates/amount change | |
| State the term remaining — Monthly | Paul Bunyan Natural Gas<br>PO Box 721 Mapleton<br>Mapleton, MN 56065 |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — 12 months, renewable | |
| State the term remaining — Annually | Prologik S curit<br>1-1356, Boul. Lionel-Boulet Varennes<br>Quebec J3X 0E2<br>Canada |
| List the contract number of any government contract | |

Debtor 1    Walker Area Community Center, Inc. _____    Case number (*if known*) _____
       First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Annual renewal | |
| | State the term remaining | Monthly | Rotary Club of Walker |
| | List the contract number of any government contract | | 105 Tower Ave E<br>Walker, MN 56484 |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Annual renewal | |
| | State the term remaining | Bi-annually | St. Cloud Refridgeration (SCR) |
| | List the contract number of any government contract | | 604 Lincoln Ave NE<br>St. Cloud, MN 56304 |

| | | | |
|---|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Ongoing - billed as service is provided - snow removal/salt | |
| | State the term remaining | Monthly | Sunshine Landscaping |
| | List the contract number of any government contract | | PO Box 99<br>Akeleye, MN 56433 |

| | | | |
|---|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | 3 years | |
| | State the term remaining | Monthly | Vestis |
| | List the contract number of any government contract | | 300 Paul Bunyan Dr SE<br>Bemidji, MN 56601 |

| | | | |
|---|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Annual renewal /w terms renegotiated | |
| | State the term remaining | Seasonal | Walker Curling Club |
| | List the contract number of any government contract | | 105 Tower Ave E<br>Walker, MN 56484 |

Debtor 1   Walker Area Community Center, Inc.                                   Case number (*if known*) _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest — Annual renewal<br><br>State the term remaining — Monthly (6 months/yr)<br><br>List the contract number of any government contract | Walker Just for Kix<br>105 Tower Ave E<br>Walker, MN 56484 |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest — Annual renewal<br><br>State the term remaining — Monthly (8 months/yr)<br><br>List the contract number of any government contract | Walker Tae Kwon Do<br>105 Tower Ave E<br>Walker, MN 56484 |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest — Utility - rates/amount change<br><br>State the term remaining — Monthly<br><br>List the contract number of any government contract | Walker Water Works<br>PO Box 207 Walker<br>Walker, MN 56484 |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest — Annual renewal /w terms renegotiated<br><br>State the term remaining — Seasonal<br><br>List the contract number of any government contract | Walker Youth Hockey Association<br>105 Tower Ave E<br>Walker, MN 56484 |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest — Commerical Property Coverage, General Liablity, Auto Coverage (work-related travel only), and Umbrella Coverage<br><br>State the term remaining — February 21, 2026<br><br>List the contract number of any government contract | West Bend Insurance Company<br>1900 S 18th Avenue<br>West Bend, WI 53090 |

**Fill in this information to identify the case:**

Debtor name    Walker Area Community Center, Inc.

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City   State   Zip Code | | |
| 2.2 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City   State   Zip Code | | |
| 2.3 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City   State   Zip Code | | |
| 2.4 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City   State   Zip Code | | |

**Fill in this information to identify the case:**

Debtor name _Walker Area Community Center, Inc._

United States Bankruptcy Court for the:  _DISTRICT OF MINNESOTA_

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $99,343.91 |
| For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $624,296.00 |
| For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $277,092.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2025 to Filing Date | Interest Income | $6.00 |
| **For prior year:**<br>From  1/01/2024 to 12/31/2024 | Interest Income | $78.00 |
| **For year before that:**<br>From  1/01/2023 to 12/31/2023 | Interest Income | $313.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Walker Area Community Center, Inc. | | Case number (if known) | |
|---|---|---|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Paul Bunyun Natural Gas<br>314 Main Street NE<br>Mapleton, MN 56065 | January 2, 2025<br>January 29, 2025<br>February 24, 2025 | $9,701.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | First National Bank North<br>600 Minnesota Aveu W<br>Walker, MN 56484 | January 9, 2025<br>February 10, 2025 | $9,950.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Minnesota Power<br>30 W Superior Street<br>Duluth, MN 55802 | January 16, 2025<br>February 7, 2025 | $17,766.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

| Debtor | Walker Area Community Center, Inc. | Case number *(if known)* |
|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fredrikson & Byron P.A.<br>60 S 6th Street Suite 1500<br>Minneapolis, MN 55402 | | January 29, 2025<br>February 13, 2025<br>April 1, 2025 | $37,380.00 |
| | **Email or website address**<br>www.fredlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

| Debtor | Walker Area Community Center, Inc. | Case number *(if known)* | |
|---|---|---|---|

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Member Data - name, address, email,  phone number, insurance number and Donor Data - name, address, donation total

(Donor Data information has a privacy policy)

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Debtor | Walker Area Community Center, Inc. | Case number *(if known)* |
|--------|-----------------------------------|--------------------------|

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | North Shore Bank<br>1251 South Pokegama Avenue<br>Grand Rapids, MN 55744 | XXXX-8343 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/21/2024 | $13,580.70 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Jackie Collins<br>7260 Magestic Lane NW<br>Akeley, MN 56433 | 7985 Townhall Road NW<br>Walker, MN 56484 | Toys and prizes for events | $4,500.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Third Party | 105 Tower Avenue East<br>Walker, MN 56484 | Two Pickleball nets and Rotary TV | $0.00 |

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | Walker Area Community Center, Inc. | Case number (if known) | |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Walker Area Community Center, Inc.<br>105 Tower Avenue<br>Walker, MN 56484 | Minnesota Department of Health<br>625 Robert St N<br>Saint Paul, MN 55164 | Testing bottle for air quality within the last (2) years - and a couple $500 fines for air quality within the arena area due to the zamboni running and not taking proper steps to remove co2 from air | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Dusty Dembouski<br>Clasen & Schiessl CPAs, Ltd.<br>PO Box 90<br>Pequot Lakes, MN 56472 | 2017 - 2024 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Walker Area Community Center, Inc.                                Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    Gretchen Gribbin<br>304 Birch Street<br>Hackensack, MN 56452 | 2007 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Dusty Dembouski<br>Clasen & Schiessl CPAs, Ltd.<br>PO Box 90<br>Pequot Lakes, MN 56472 | 2017 - 2024 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    Jacob (Jake) Reierson, CPA<br>Bemidji, MN | 2/18/24 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Gretchen Gribbin<br>304 Birch Street<br>Hackensack, MN 56452 | |
| 26c.2.    Jacob (Jake) Reierson, CPA<br>Bemidji, MN | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    First National Bank North<br>600 Minnesota Aveu W<br>Walker, MN 56484 |
| 26d.2.    Arvig Communications<br>150 2nd Street SW<br>Perham, MN 56573 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor    Walker Area Community Center, Inc.                                    Case number *(if known)*  _____

| | | |
|---|---|---|
| 27.1. | **Name of the person who supervised the taking of the inventory** <br> Chad Trapier | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
| | **Name and address of the person who has possession of inventory records** <br> Walker Area Community Center, Inc. <br> 105 Tower Avenue <br> Walker, MN 56484 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ben Brovold | 105 Tower Avenue East <br> Walker, MN 56484 | President | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Holly | 105 Tower Avenue East <br> Walker, MN 56484 | Vice President | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ron Whetter | 105 Tower Avenue East <br> Walker, MN 56484 | Treasurer | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniell Cotter | 105 Tower Avenue East <br> Walker, MN 56484 | Secretary | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mitch Loomis | 105 Tower Avenue East <br> Walker, MN 56484 | Board Member | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert I Burns, Jr. | 105 Tower Avenue East <br> Walker, MN 56484 | Chief Restructuring Officer | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rick Loewen | 105 Tower Avenue East <br> Walker, MN 56484 | Board Member | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Douglas Cook | 105 Tower Avenue East <br> Walker, MN 56484 | Board Member | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bruce Pederson | 105 Tower Avenue East <br> Walker, MN 56484 | Board Member | None |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Walker Area Community Center, Inc.                                          Case number *(if known)*  _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Bovee | 105 Tower Avenue East Walker, MN 56484 | Board Member | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Patti Jo Wilson | 105 Tower Avenue East Walker, MN 56484 | Board Member | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chad Trapier | 105 Tower Avenue East Walker, MN 56484 | Executive Director | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Steven Swor | 105 Tower Avenue East Walker, MN 56484 | Board Member | Within the last year |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Linsey McMurrin | 105 Tower Avenue East Walker, MN 56484 | Board Member | Within the last year |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jeff Holly 105 Tower Avenue East Walker, MN 56484 | $1,400 | January 10, 2025 | Commission for sales of fundraising raffle/calendar |
| | **Relationship to debtor** Board Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    Walker Area Community Center, Inc.
_____    Case number *(if known)*  _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:**  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May  2, 2025
_____

/s/ Robert I. Burns Jr.
_____    Robert I. Burns Jr.
_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Chief Restructuring Officer
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
### District of Minnesota

In re    Walker Area Community Center, Inc.                           Case No.    _____
                                                    Debtor(s)         Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    May  2, 2025                                  Signature    /s/ Robert I. Burns Jr.
                                                                    Robert I. Burns Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Minnesota

In re    Walker Area Community Center, Inc.                                    Case No.

                                                        Debtor(s)        Chapter      11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    May  2, 2025                              /s/ Robert I. Burns Jr.
                                                   Robert I. Burns Jr./Chief Restructuring Officer
                                                   Signer/Title

AMILIA
1751 RUE RICHARDSON #3
105, MONTREAL, QUEBEC H3K 1G5
CANADA


ARVIG COMMUNICATIONS
150 2ND ST SW, PERHAM
PERHAM MN 56573


BOYS AND GIRLS CLUB OF LEECH LAKE
208 CENTRAL AVE
PO BOX 817
CASS LAKE MN 56633


EAST OTTER TAIL TELEPHONE COMPANY, ARVIG
150 2ND STREET SW
PERHAM MN 56573


FIRST NATIONAL BANK NORTH
600 MINNESOTA AVEU W
WALKER MN 56484


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


LEECH LAKE AREA CHAMBER OF COMMERCE
PO BOX 1089
WALKER MN 56484


MARCO
802 PAUL BUNYAN DR
SE STE 10
BEMIDJI MN 56601


MINNESOTA DEPARTMENT OF REVENUE
COLLECTION DIVISION
PO BOX 64564
ST. PAUL MN 55164-0564


MN POWER
30 W SUPERIOR ST
DULUTH MN 55802

NEI BOTTLING + NLV VENDING
730 INDUSTRIAL PARK DR SE
BEMIDJI MN 56601


PAUL BUNYAN NATURAL GAS
PO BOX 721 MAPLETON
MAPLETON MN 56065


PROLOGIK S CURIT
1-1356, BOUL. LIONEL-BOULET VARENNES
QUEBEC J3X 0E2
CANADA


ROTARY CLUB OF WALKER
105 TOWER AVE E
WALKER MN 56484


ST. CLOUD REFRIDGERATION (SCR)
604 LINCOLN AVE NE
ST. CLOUD MN 56304


SUNSHINE LANDSCAPING
PO BOX 99
AKELEYE MN 56433


U.S. SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT ROAD
FORT WORTH TX 76155


U.S. SMALL BUSINESS ADMINISTRATION
330 2ND AVE S #430
MINNEAPOLIS MN 55401


U.S. SMALL BUSINESS ADMINISTRATION
409 3RD ST SW
WASHINGTON DC 20416


VESTIS
300 PAUL BUNYAN DR SE
BEMIDJI MN 56601


WALKER CURLING CLUB
105 TOWER AVE E
WALKER MN 56484

WALKER JUST FOR KIX
105 TOWER AVE E
WALKER MN 56484


WALKER TAE KWON DO
105 TOWER AVE E
WALKER MN 56484


WALKER WATER WORKS
PO BOX 207 WALKER
WALKER MN 56484


WALKER YOUTH HOCKEY ASSOCIATION
105 TOWER AVE E
WALKER MN 56484


WEST BEND INSURANCE COMPANY
1900 S 18TH AVENUE
WEST BEND WI 53090